1:18-cv-10572-AT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

KEVIN GAREY, on behalf of herself and
all others similarly situated,

       Plaintiff,

               1:18-cv-10572-AT

 -against-          **PROPOSED DEFAULT JUDGMENT**

LCK DESIGN, LLC.,

       Defendant,

_____

    This action having been commenced on November 13, 2018, by the filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been personally

served on defendant, LCK DESIGN, LLC., on January 2, 2019, by the utilization of NY Server

LLC, and a proof of service having been filed on January 10, 2019, and the defendant not having

answered the Complaint, and the time for answering the Complaint having expired, it is

    **ORDERED, ADJUDGED AND DECREED:**

    a.  A preliminary and permanent injunction to prohibit Defendant from

violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y.

Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq*., and the laws

of New York, is hereby granted as follows:

      A preliminary and permanent injunction requiring Defendant to take all the

      steps necessary to make its Website into full compliance with the

      requirements set forth in the ADA, and its implementing regulations, so that

      the Website is readily accessible to and usable by blind individuals;

1:18-cv-10572-AT

b.      A declaration that Defendant owns, maintains and/or operates its

Website in a manner that discriminates against the blind and which fails to provide

access for persons with disabilities as required by Americans with Disabilities Act,

42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.*, N.Y.C. Administrative

Code § 8-107, *et seq.*, and the laws of New York;

c.      An order certifying the Class and Sub-Classes under Fed. R. Civ. P.

b)(2) and/or (b)(3), appointing Plaintiff as Class Representative, and her attorneys

as Class Counsel;

d.      Compensatory damages in an amount to be determined by proof,

including all applicable statutory and punitive damages and fines, to Plaintiff and

the proposed class and subclasses for violations of their civil rights under New York

State Human Rights Law and City Law;

e.      Pre and post-judgment interest;

f.      An award of costs and expenses of this action together with

reasonable attorneys' and expert fees;

(h)     A hearing to be held in the courthouse to determine the specific amount of

damages, civil penalties, and reasonable attorney fees; and

(i)     Such other and further relief as this Court may deem just, proper and

equitable.

Dated:  New York, New York

_____
United States District Judge